# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**NATHAN JEWELL**                                                                   **PLAINTIFF**

**v.**                                         **NO. 4:20-cv-00363 JM**

**ANDREW SAUL, Commissioner of**                                **DEFENDANT**
**the Social Security Administration**

## ORDER

The Court has received findings and a recommendation from Magistrate Judge Patricia S. Harris. No objections have been filed. The Court finds that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The motion to dismiss, construed as one for summary judgment, is granted. (Doc. No. 10). This case is dismissed, and judgment is entered for the Commissioner of the Social Security Administration.

IT IS SO ORDERED this 15th day of September, 2020.

                                                                       _____
                                                                       UNITED STATES DISTRICT JUDGE