# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**NATHAN JEWELL**                                                                                    **PLAINTIFF**

v.                                          NO. 4:20-cv-00363 JM

**ANDREW SAUL, Commissioner of**                                            **DEFENDANT**
**the Social Security Administration**

## JUDGMENT

Pursuant to the Order entered this day, judgment is entered for the Commissioner of the Social Security Administration.

IT IS SO ORDERED AND ADJUDGED this 15th day of September, 2020.

_____
UNITED STATES DISTRICT JUDGE